# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **THOMAS W. MEIER,** <br><br> Defendant. | 18-PO-05127-JTJ <br><br> **VIOLATIONS:** <br> **6027970** <br> **6027971** <br> **6027972** <br> **6027973** <br> **6027974** <br> **6027975** <br> **Location Code: M13** <br><br> **ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a total fine amount of $883.92 ($823.92 restitution to Glacier National Park and a $30 processing fee for each of the following violation numbers: 6027973 and 6027974). The total fine amount will be paid in full on or before September 9, 2019. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the defendant is sentenced to 31 days additional jail time. 30 days of that additional jail time will be suspended upon timely payment of fines on or before September 9, 2019.

IT IS FURTHER ORDERED that violations 6027970, 6027971, 6027972, and 6027975 are DISMISSED.

IT IS FURTHER ORDERED that the bench trial in the above captioned matter, currently scheduled for April 4, 2019, is VACATED.

DATED this 2nd day of April, 2019.

John Johnston
United States Magistrate Judge